UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-62574-CIV-MORENO

TAL HILSON,

       Plaintiff,

vs.

DANIAS FAMILY REVOCABLE TRUST,

       Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the parties' Joint Motion to Dismiss Case with Prejudice **(D.E. 14)**, filed on **April 26, 2016**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of April 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record